UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PAPAA SPIO-GARBRAH, individually and
on behalf of all others similarly situated,

                Plaintiff,                    **ORDER**

      -against-                    25 Civ. 7701 (NSR)(JCM)

HILTON RESORTS CORPORATION,

                Defendant.
-------------------------------------------------------X

On May 22, 2026, the Court held a telephone conference with the parties addressing,
*inter alia*, the possibility of settlement. Accordingly, by June 30, 2026, the Court directs the
parties to file a joint letter regarding the status of settlement discussions.

Dated: May 22, 2026
      White Plains, New York

                                      **SO ORDERED:**

                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge

1