RISSMILLER PLLC
EMPLOYMENT LAW FIRM

5 PENNSYLVANIA PLAZA, 19TH FLOOR
NEW YORK, NY 10001
TEL 646.664.1412
WWW.RISSMILLER.COM

**Jazly Liriano**
jliriano@rissmiller.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/30/2026

July 29, 2026

**BY ECF**

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: Spio-Garbrah v. Hilton Resorts Corporation; No. 7:25-cv-07701-NSR-JCM

Dear Judge Román:

We represent Plaintiff Papaa Spio-Garbrah and write jointly with defense counsel to request an adjournment of the teleconference scheduled for July 31, 2026 at 10:00 am. This is the parties' first request for an adjournment. The parties request an adjournment because the parties have not completed discovery and are currently discussing settlement. Additionally, the parties had a conference before Magistrate Judge Judith C. McCarthy on July 29, 2026 at 10:00 am, during which we discussed the status of discovery and scheduled a settlement conference for August 20, 2026. The parties are available for the rescheduled telephonic conference on September 3, 4, and 10, 2026.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Jazly Liriano*
Jazly Liriano

cc: Counsel of record (via ECF)

MEMO ENDORSED

**In light of the ongoing settlement discussions between the parties, the teleconference scheduled for July 31, 2026, is adjourned. On August 21, 2026, the parties are directed to file a joint status update advising the Court whether a settlement has been reached. If not, the Court will reschedule the teleconference consistent with the discovery deadlines in this action.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26.**

**Dated: July 30, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge